UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO MENDEZ-GARCIA (1),<br><br>Defendant. | CASE NO. 13CR1982-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_X\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense as charged in the Indictment:

TITLE 8 U.S.C. §1326(a)and(b).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 22, 2013

Hon. Roger T. Benitez
U.S. District Judge